IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DEIRDRE BAKER, individually and on behalf of all others similarly situated, | ) ) ) Civil Action No. 0:17-cv-02364-MBS |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) ) |
| LANIER COLLECTION AGENCY & SERVICES, INC., | ) ) ) |
| Defendant. | ) ) ) |

### DEFENDANT LANIER COLLECTION AGENCY & SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COMES Defendant, Lanier Collection Agency & Services, Inc. ("LCA"), and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves for dismissal of Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

WHEREFORE, LCA respectfully asks that this Court issue an Order granting its Motion and dismissing Plaintiff's Complaint with prejudice and charging all fees and costs to Plaintiff.

Dated: November 21, 2017

Respectfully submitted by:

/s/ Chad V. Echols
Chad V. Echols (Fed I.D. 9810)
The Echols Firm, LLC
PO Box 12645
115 Oakland Ave., Suite 102
Rock Hill, SC 29731
Phone: (803) 329-8970
Email: chad.echols@theecholsfirm.com
*Attorney for Defendant*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DEIRDRE BAKER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) ) |
| LANIER COLLECTION AGENCY & SERVICES, INC., | ) ) ) ) |
| Defendant. | ) ) |

Civil Action No. 0:17-cv-02364-MBS

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, a true and correct copy of the foregoing was served on counsel for Plaintiff via the USDC ECF system as follows:

Kenneth E. Norsworthy, Jr.
Norsworthy Law, Ltd. Co.
505 Pettigru Street
Greenville, SC 29601
kenorsworthy@me.com

Yitzchak Zelman
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
yzelman@marcuszelman.com

/s/ Chad Echols
The Echols Firm, LLC

2