# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Deirdre Baker, individually and on behalf of all others similarly situated , <br><br> *Plaintiffs* <br><br> v. <br><br> Lanier Collection Agency & Services, Inc., <br><br> *Defendants,* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.    0:17-cv-02364-DCC <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendant's motion to dismiss is granted and this case is dismissed with prejudice.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:    June 25, 2018                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/Ashley Buckingham
                                                                *Signature of Clerk or Deputy Clerk*